&AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT

10 OCT 29 PM 1: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| SOUTHERN | District of | CALIFORNIA |

BY _____ DEPUTY

UNITED STATES OF AMERICA

**V.**

THOMAS SHEPHERD (1)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 05CR1339-H

Jason Ser, Federal Defenders, Inc.
_____
Defendant's Attorney

**REGISTRATION No.** 94365-198

[x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.36).  Corrected spelling for recommended placement - Page 2

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. 1 _____

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

 Supervised Release   is revoked and the defendant is sentenced as provided in pages 2 through    2    of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 25, 2010
_____
Date of Imposition of Sentence


_____
HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE


05CR1339-H

AO 245B    (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT: THOMAS SHEPHERD (1)
CASE NUMBER: 05CR1339-H

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

**TEN MONTHS.** It is ordered that FIVE MONTHS shall run concurrent with 10CR0261-JM and FIVE MONTHS shall run consecutive.

☒ The court makes the following recommendations to the Bureau of Prisons:
   The court recommends placement at the FMC, Devens, Massachusetts.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

05CR1339-H